**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES PATRICK BENSON,

               Petitioner,

    v.

KEVIN CHAPPELL, Warden,

               Respondent.

Case No. SACV 14-0083 TJH (SS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 13, 2014

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE